No. 770.   CHIRILLO ET AL. *v.* LEHMAN, GOVERNOR, ET AL.

March 10, 1941.
*Per Curiam:* The judgment is affirmed. *American Surety Co. v. Baldwin,* 287 U. S. 156, 169.   *Mr. Morris Shapiro* for appellants.

No. —, original.   EX PARTE GEORGE T. KEMNITZER. March 10, 1941.   Motion for leave to file petition for writ of habeas corpus denied.

No. 667.   RICHARDS *v.* FLORIDA.   March 10, 1941.   Petition for writ of certiorari to the Supreme Court of Florida dismissed for failure to comply with the rules. *Mr. Edgar W. Waybright, Sr.* for petitioner.

No. 625.   UTILITIES INSURANCE Co. *v.* POTTER ET AL.

Argued February 13, 1941.   Decided March 17, 1941.   *Per Curiam:* The writ of certiorari is dismissed for the reason that the judgment of the Supreme Court of Oklahoma rests upon a nonfederal ground adequate to support it.   *Atlantic Coast Line* v. *Mims,* 242 U. S. 532, 535.; *Nevada-California-Oregon Ry.* v. *Burrus,* 244 U. S. 103, 105; *Hartford Life Ins. Co.* v. *Johnson,* 249 U. S. 490, 492–493.   *Mr. Clayton B. Pierce* for petitioner. *Mr. John W. Barry* for respondents.